UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>V.<br><br><br>**JZANTE WAIDE,**<br><br>    **Defendant.** | CRIMINAL NO. 5:18-136-KKC<br><br><br>**NOTICE<br>THAT AMENDMENT 821 DOES NOT<br>REDUCE SENTENCE** |

*** *** ***

Amendment 821 to the Sentencing Guidelines became effective on November 1, 2023. In part, this amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes. The court cannot, however, order a reduced term of imprisonment based on either of the two changes unless the effective date of the court's order is February 1, 2024, or later. U.S.S.G. 1B1.10(e)(2).

The Court has reviewed the sentences of certain defendants potentially eligible for the sentence reduction under Amendment 821. Defendant Jzante Waide was convicted of possessing with the intent to distribute fentanyl (Count 1); possessing a firearm in furtherance of a drug-trafficking crime (Count 2); and being a felon in possession of a firearm (Count 4). Status points were applied against him in assessing his sentencing range under the United States Sentencing Guidelines. Thus, Amendment 821 Part A would lower his sentencing guidelines. His original

1

guideline range was 30 to 37 months. His amended guideline range is 27 to 33 months. On Count 2, however, he was subject to a minimum mandatory sentence of 60 months to run consecutive to the sentence imposed on the other two counts. 18 U.S.C. § 924(c). The Court imposed a sentence of 20 months on Counts 1 and 4 and a sentence of 60 months on Count 2 to run consecutive for a total prison term of 80 months. Thus, the sentence imposed by the Court for Counts 1 and 4 was below even the minimum sentence of the amended guideline range for these counts. The Court cannot reduce that sentence further. U.S.S.G. 1B1.10(b)(2)(A). As for the 60-month sentence on Count 2, Amendment 821 does not lower statutory minimum mandatory sentences. Accordingly, Waide is not entitled to a sentence reduction under Amendment 821.

Dated January 24, 2024.

*Signed:* KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY